IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID UPTON,

    Petitioner,　　　　　　　　　　No. 2:10-cv-03419-WBS-DAD P

    vs.

AREF FAKHOURY, et al.,

    Respondents.　　　　　　　　　<u>ORDER</u>

_____/

    Petitioner, a state prisoner proceeding pro se, has filed a motion to vacate the judgment pursuant to Rule 60(b) of the Federal Rules of Civil Procedure. Judgment was entered on September 23, 2011. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On April 26, 2012, the magistrate judge filed findings and recommendations herein which were served on petitioner and which contained notice to petitioner that any objections to the findings and recommendations were to be filed within fourteen days. The findings and recommendations were re-served on petitioner on May 23, 2012 at his new address of record. Petitioner has not filed objections to the findings and recommendations.

    The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed April 26, 2012, are adopted in full; and

2. Petitioner's October 17, 2011 motion to vacate the judgment pursuant to Rule 60(b) of the Federal Rules of Civil Procedure and for leave to file an amended pleading (Doc. No. 9), is denied.

DATED: March 29, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

/upton3419.800